UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

International Markets Live, Inc.,

    Plaintiff

v.

Salman Fazal,

    Defendant

Case No.: 2:19-cv-2024-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 17]

    Plaintiff International Markets Live, Inc. has failed to effectuate service in this case since filing it a year ago, and the magistrate judge recommends that I dismiss this action for that reason.[1] The deadline for International Markets Live, Inc. to object to that recommendation was November 9, 2020, and plaintiff filed no objection or request to extend that deadline. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 17] is ADOPTED** in its entirety. This action is DISMISSED and the Clerk of Court is directed to CLOSE THIS CASE.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: November 10, 2020

---

[1] ECF No. 17.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).